# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| TIMOTHY VERDUGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEST BUY STORES, L.P., a foreign limited partnership; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | Case No. 2:25-cv-01616-JHC<br><br>**ORDER GRANTING DEFENDANT BEST BUY STORES, L.P.'S MOTION TO COMPEL ARBITRATION, DISMISS CLASS CLAIMS, AND STAY PROCEEDINGS** |

Before the Court is Defendant Best Buy Stores, L.P.'s Motion to Compel Arbitration, Dismiss Class Claims, and Stay Proceeding. Dkt. # 6. Plaintiff does not oppose the motion. Dkt. # 9 at 1. The Court GRANTS the motion. Plaintiff's class claims are DISMISSED WITH PREJUDICE. Plaintiff is ORDERED AND COMPELLED to initiate all claims in individual arbitration per the terms of the Arbitration Agreement at issue. And this case is STAYED pending notice from the parties regarding the outcome of arbitration.

DATED: October 2, 2025.

                                                             JOHN H. CHUN
                                                             United States District Judge