UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY VERDUGO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEST BUY STORES, L.P., a foreign limited partnership; and DOES 1-20, as yet unknown Washington entities,<br><br>Defendants. | No. 2:25-cv-01616-JHC<br><br>**ORDER FOR DISMISSAL** |

Based on the stipulation of the parties, Dkt. # 11, the Court hereby ORDERS that this action is dismissed without an award of costs or attorneys' fees to any party.

Plaintiff's claims are dismissed WITH PREJUDICE. The claims of others similarly situated to Plaintiff, if any, are dismissed WITHOUT PREJUDICE.

The Clerk of the Court is directed to dismiss this case in its entirety.

DATED this 17th day of December, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL - 1

No. 2:25-cv-01616-JHC